JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN SUN KIL, | Case No. CV 19-9762 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| P.V. MART, INC., | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 27th day of March, 2020.

                                                            /s/
                                              Fernando M. Olguin
                                      United States District Judge